DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DICKY THERON THOMAS,**
Appellant,

v.

**DEDRA DIANE WOODBURY,**
Appellee.

No. 4D19-2776

[July 2, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 50-2019-CA-008425-XXXX-MB.

Dicky Theron Thomas, Riviera Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***